UNITED STATES BANKRUPTCY COURT
Southern District of Texas

| In re:<br>  Axip Energy Services, LP,<br>       Debtor(s). | Case No.: 26-90338<br>Chapter: 11 |
|---|---|

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 02/23/2026, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| Official Committee of Unsecured Creditors Solicitation Letter |
| List of 30 Largest Creditors with Unsecured Claims and Are Not Insiders |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
02/23/2026

*Tinamarie Feil*
Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# Exhibit A - Certificate of Service
## Axip Energy Services, LP 26-90338

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28680 | Allied Compression, LLC, Attn: Krystle Martinez, 2711 W. Hillmont Road, Odessa, TX, 79764, United States of America, krystle.martinez@alliedcomp.com | First Class |
| 28680 | American Industrial Machine, Attn: Brandy Cervantez, 3401 N. Country Rd W, Odessa, TX, 79764, United States of America, accounting@aimodessa.com | First Class |
| 28680 | Automotive Rentals, Inc., Attn: Brandon Benisz, 4001 Leadenhall Road, Mount Laurel, NJ, 08054, United States of America, brandon.benisz@holman.com | First Class |
| 28680 | BBB Industries US Holdings, Inc., Attn: Anna Clark, PO Box 95582, Grapevine, TX, 76099, United States of America, aclark@terrepower.com | First Class |
| 28680 | Burckhardt Compression (US) Inc., Attn: Arlene Hamilton, 19750 FM 362 Rd, Waller, TX, 77484, United States of America, arlene.hamilton@burckhardtcompression.com | First Class |
| 28680 | Chevron Products Company, Attn: Michael K. Wirth, 1400 Smith Street, Houston, TX, 77002, United States of America, lubesci@chevron.com | First Class |
| 28680 | Coastal Chemical Co. LLC, Attn: Ember Miliman, 5300 Memorial Drive, Ste. 1020, Houston, TX, 77007, United States of America, ember.milliman@brenntag.com | First Class |
| 28680 | Cooper Machinery Services, LLC, Attn: Scott Buckhout, 16250 Port Northwest Drive, Houston, TX, 77041, United States of America, info@cooperservices.com | First Class |
| 28680 | Crew Support Services II, LLC, Attn: Gigi Volke, 1509 W Wall Street, Ste. 114, Midland, TX, 79701, United States of America, j.volke@vrewsupportservices.com | First Class |
| 28680 | Detechtion USA, Inc., Attn: Theo Belizario, 2700 Post Oak Blvd, Ste. 700, Houston, TX, 77056, United States of America, tbelizario@detechtion.com | First Class |
| 28680 | Eagle Energy Oilfield Resources, LLC, Attn: Arnaldo G. Huerta, 141 Lone Star Dr., Odessa, TX, 79776, United States of America, office@eagleeor.com | First Class |
| 28680 | General Machine & Supply Inc., Attn: Austin Humphries, 8510 W Interstate 20, Odessa, TX, 79763, United States of America, austin@generalmachine.us | First Class |
| 28680 | Ignition Service & Supply, Inc., Attn: Mark Dunn, 909 NW Loop 338, Odessa, TX, 79763, United States of America | First Class |
| 28680 | Impact Compression & Equipment Serv., Attn: Misty Rhoades, 945 Ranch Road 869, Pecos, TX, 79772, United States of America, impactcompression@gmail.com | First Class |
| 28680 | J&R Industrial Engine Service, LLC, Attn: Todd Jackson, 9215 S. Shields Blvd, Oklahoma City, OK, 73160, United States of America, tjackson@jrindustrialeng.com | First Class |
| 28680 | K&R Operating LLC, Attn: Travis Urbanovsky, 4124 FM 1694, Robstown, TX, 78380, United States of America, admin@krcompressorserv.com | First Class |
| 28680 | Miratech Holdings, LLC, Attn: Michelle Johnson, 420 S 145th E Ave, Tulsa, OK, 74116, United States of America, mjohnson@miratechcorp.com | First Class |
| 28680 | Odessa American Refabrication LLC, Attn: Amber Lewis, PO Box 12234, Odessa, TX, 79768-2234, United States of America, amber@americanrefab.com | First Class |
| 28680 | Patriot Compressor Parts LLC, Attn: T. Jennings, 5509 Old Granbury Rd., Granbury, TX, 76049, United States of America, tjennings@patriotcompressorparts.com | First Class |
| 28680 | Pelstar, LLC, Attn: Dan Maeir, 9500 West 55th Street, McCook, IL, 60565-7110, United States of America, homprocs@homscales.com | First Class |
| 28680 | Process Components Inc., Attn: Colt Mayo, 201 W. 83rd, Odessa, TX, 79764, United States of America, colt@process-comp.com | First Class |
| 28680 | RPM Dynamics, Inc., Attn: Jason Mullins, 759 W State Highway 302, Kermit, TX, 79745, United States of America, jmullins@rpm-dynamics.com | First Class |
| 28680 | Security Business Capital, LLC, Attn: Rolando Garcia, 600 N Marienfeld St, Ste 150, Midland, TX, 79701, United States of America, roland.gar123@gmail.com | First Class |
| 28680 | T.F. Hudgins Valve Services, Inc., Attn: Michelle Pecena, 20212 Hempstead Rd., Bldg. 8, Houston, TX, 77095, United States of America, office1@tfhvalves.com | First Class |
| 28680 | Technoterra LLC, Attn: Andrew Snider, 7720 NE Hwy 99, Ste. D123, Vancouver, WA, 98665, United States of America | First Class |
| 28680 | Temper Fabrication and Repair, Inc., Attn: Nicole Ulibarrie, 6604 N. County Rd W, Odessa, TX, 79764, United States of America, nicole@valve-parts.com | First Class |
| 28680 | Triple B Compression Services, LLC, Attn: Denise Gray, 405 Bonita Drive, Granbury, TX, 76049-1615, United States of America, triplebcompressionservices@gmail.com | First Class |
| 28680 | Wagner Equipment Co., Attn: Francisco Mora Gaspar, 18000 Smith Road, Aurora, CO, 80011, United States of America, mora-gaspar_francisco@wagnerequipment.com | First Class |
| 28680 | Waukesha Pearce Industries Inc., Attn: Antonia Lopez, 12320 S Main Street, Houston, TX, 77035, United States of America, | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28680 | antonia.lopez@wpi.com<br>White Oak Radiator Service, Inc, Attn: John Mattingly, 401 W Old Highway 80, White Oak, TX, 75693, United States of America,<br>info@worsinc.com | **First Class** |