**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-90338 (CML)** |
| | § | |
| **AXIP ENERGY SERVICES, LP,** *et al.*, | § | **(Chapter 11)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**AGENDA FOR HEARING**
**ON MAY 15, 2026, AT 11:00 A.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE** of the status and proposed disposition of the following matters set for hearing on **May 15, 2026 at 11:00 A.M. (Central Time)**:

**A. Matters Going Forward**

1. **Debtors' Notice of Sale of Certain Intellectual Property Assets [Docket No. 269]**

   Related Documents

   a. Declaration of Ben Chesters in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17];

   b. Declaration of Robert A. Pacha in Support of the Debtors' (I) Emergency Motion to Obtain Debtor-In-Possession Financing and (II) Motion to Approve Bidding Procedures and Sale, Including all Exhibits [Docket No. 18];

   c. Emergency Motion of Debtors for Entry of Orders (A) Approving (I) Bidding Procedures, (II) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (III) Assumption and Assignment Procedures; (B) Designating Stalking Horse Bidder and Authorizing Debtors to Provide Bid Protections; (C) Scheduling Auction, Sale Hearing, and Related Deadlines; (D) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (E) Granting Related Relief [Docket No. 20];

   d. Order (A) Approving (I) Bidding Procedures, (II) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (III) Assumption and Assignment Procedures; (B) Designating Stalking Horse Bidder and Authorizing Debtors to Provide Bid Protections; (C) Scheduling Auction, Sale Hearing, and Related Deadlines;

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Axip Energy Services, LP (9220); Axip Energy Services Management, LLC (9986); Axip Holdings, LLC (6302); Axip Leasing Company, LLC (5678); Axip Producer Services - Marcellus I, LLC (3312); Axip Producer Services, LLC (4792); and E3 Compression Holdings LLC (0825). The location of the Debtors' corporate headquarters is: 1221 McKinney, Suite 3175, Houston, Texas 77010.

(D) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (E) Granting Related Relief [Docket No. 135];

e.  Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 155];

f.  Certificate of Service, dated March 12, 2026, regarding the Assumption and Assignment Notice [Docket No. 162];

g.  Certificate of Service, dated March 13, 2026, regarding the Assumption and Assignment Notice [Docket No. 173];

h.  Declaration of Robert A. Pacha in Support of Sales [Docket No. 260];

i.  Order (I) Approving (A) the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Interests, and encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 270];

j.  Certificate of Service, dated April 7, 2026, regarding IP Sale Notice [Docket No. 288];

k.  Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 299];

l.  Certificate of Service, dated April 13, 2026, regarding Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 300];

m.  Certificate of No Objection [Docket No. 301];

n.  Notice of Hearing [Docket No. 331];

o.  Amended Notice of Hearing [Docket No. 340]; and

p.  Debtors' Witness and Exhibit List for the May 15, 2026 Hearing [Docket No. 347].

Moving Party: Debtors

Status: Uncontested.  Going forward on May 15, 2026 at 11:00 A.M. (Central Time).

2.  **Debtors' Notice of Sale of Castex Compressor [Docket No. 290];**

Related Documents

a.  Declaration of Ben Chesters in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17];

2

4903-0651-0243

b.  Declaration of Robert A. Pacha in Support of the Debtors' (I) Emergency Motion to Obtain Debtor-In-Possession Financing and (II) Motion to Approve Bidding Procedures and Sale, Including all Exhibits [Docket No. 18];

c.  Emergency Motion of Debtors for Entry of Orders (A) Approving (I) Bidding Procedures, (II) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (III) Assumption and Assignment Procedures; (B) Designating Stalking Horse Bidder and Authorizing Debtors to Provide Bid Protections; (C) Scheduling Auction, Sale Hearing, and Related Deadlines; (D) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (E) Granting Related Relief [Docket No. 20];

d.  Order (A) Approving (I) Bidding Procedures, (II) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (III) Assumption and Assignment Procedures; (B) Designating Stalking Horse Bidder and Authorizing Debtors to Provide Bid Protections; (C) Scheduling Auction, Sale Hearing, and Related Deadlines; (D) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (E) Granting Related Relief [Docket No. 135];

e.  Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 155];

f.  Certificate of Service, dated March 12, 2026, regarding the Assumption and Assignment Notice [Docket No. 162];

g.  Certificate of Service, dated March 13, 2026, regarding the Assumption and Assignment Notice [Docket No. 173];

h.  Declaration of Ben Chesters in Support of Sale of Castex Compressor [Docket No. 259];

i.  Declaration of Robert A. Pacha in Support of Sales [Docket No. 260];

j.  Order (I) Approving (A) the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Interests, and encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 270]

k.  Certificate of Service, dated April 8, 2026, regarding Castex Sale Notice [Docket No. 291];

l.  Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 299];

3

4903-0651-0243

m. Certificate of Service, dated April 13, 2026, regarding Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 300];

n. Certificate of No Objection [Docket No. 301];

o. Notice of Hearing [Docket No. 331];

p. Amended Notice of Hearing [Docket No. 340]; and

q. Debtors' Witness and Exhibit List for the May 15, 2026 Hearing [Docket No. 347].

Moving Party: Debtors

Status: Uncontested.  Going forward on May 15, 2026 at 11:00 a.m. (Central Time).

3. **Emergency Motion for Entry of an Order (I) Approving Omnibus Claims Objection Procedures and (II) Authorizing the Debtors to File Substantive Omnibus Objections to Claims Pursuant to Bankruptcy Rule 3007(c) [Docket No. 330];**

Related Documents

a. Declaration of Ben Chesters in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17];

b. Notice of Hearing [Docket No. 331];

c. Certificate of Service, dated May 5, 2026, regarding the Omnibus Objection Procedures Motion [Docket No. 336];

d. Amended Notice of Hearing [Docket No. 340]; and

e. Debtors' Witness and Exhibit List for the May 15, 2026 Hearing [Docket No. 347].

Moving Party: Debtors

Status: Uncontested.  Going forward on May 15, 2026 at 11:00 a.m. (Central Time).

4. **Debtors' Emergency Motion for Entry of an Order (I) Scheduling a Combined Hearing; (II) Establishing Objection Deadlines; (III) Approving the Solicitation Materials and Tabulation Procedures; (IV) Conditionally Approving the Combined Disclosure Statement and Plan; and (V) Granting Related Relief [Docket No. 339];**

Related Documents

a. Declaration of Ben Chesters in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17];

4

5

b. Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 338];

c. Amended Notice of Hearing [Docket No. 340];

d. Certificate of Service, dated May 7, 2026, regarding the Combined Plan and DS and the DS Motion [Docket No. 344];

e. Debtors' Witness and Exhibit List for the May 15, 2026 Hearing [Docket No. 347]; and

f. Notice of Filing of Exhibit A to Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 351].

Moving Party: Debtors

Status: Uncontested.  Going forward on May 15, 2026 at 11:00 a.m. (Central Time).

5

4903-0651-0243

Dated: May 14, 2026

Houston, Texas

*/s/  Paul E. Heath*

**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew J. Pyeatt (TX 24086609)
Trevor G. Spears (TX 24106681)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
　　　mpyeatt@velaw.com
　　　tspears@velaw.com

-and-

David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: dmeyer@velaw.com
　　　jpeet@velaw.com

***Counsel to the Debtors and Debtors in Possession***

6

4903-0651-0243

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 14, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Matthew J. Pyeatt*
One of Counsel

4903-0651-0243