**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>Axip Energy Services, LP, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90338 (CML)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 338, 339** |

**NOTICE OF FILING OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS' SOLICITATION LETTER**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

On May 6, 2026, Axip Energy Services, LP and its debtor affiliates (collectively, the "Debtors") filed the following documents in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

a. *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (Docket No. 338) (the "Combined Disclosure Statement and Plan" or, separately in relevant part, the "Disclosure Statement" or the "Plan");[2] and

b. *Debtors' Emergency Motion for Entry of an Order (I) Scheduling a Combined Hearing; (II) Establishing Objection Deadlines; (III) Approving the Solicitation Materials and Tabulation Procedures; (IV) Conditionally Approving the Combined Disclosure Statement and Plan; and (V) Granting Related Relief* (Docket No. 339) (the "Solicitation Motion").

The Official Committee of Unsecured Creditors (the "Committee") appointed in these Chapter 11 Cases supports the relief requested in the Solicitation Motion, including conditional approval of the Disclosure Statement, and the Plan. In connection therewith, the Committee hereby submits *The Official Committee of Unsecured Creditors' Open Letter to Holders of General Unsecured Claims in Class 5 Recommending Acceptance of the Debtors' Plan* (the "Solicitation Letter"). A substantially final form of the proposed Solicitation Letter is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Axip Energy Services, LP (9220); Axip Energy Services Management, LLC (9986); Axip Holdings, LLC (6302); Axip Leasing Company, LLC (5678); Axip Producer Services - Marcellus I, LLC (3312); Axip Producer Services, LLC (4792); and E3 Compression Holdings LLC (0825). The location of the Debtors' corporate headquarters is: 1221 McKinney, Suite 3175, Houston, Texas 77010.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

The Committee respectfully requests that the Court authorize the inclusion of the Solicitation Letter in the Solicitation Packages applicable to the Holders of General Unsecured Claims (Class 5).

Dated:   May 15, 2026          Respectfully submitted,
         Houston, Texas

/s/ Theodore S. Heckel
PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (Texas Bar No. 00792304)
Theodore S. Heckel (Texas Bar No. 24133488)
700 Louisiana, Suite 4500
Houston, Texas 77002
Telephone:   (713) 691-9385
Facsimile:   (713) 691-9407
Email:       mwarner@pszjlaw.com
             theckel@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:       rfeinstein@pszjlaw.com
             bsandler@pszjlaw.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

## Certificate of Service

I hereby certify that on May 15, 2026, a true and correct copy of the foregoing document was caused to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Theodore S. Heckel
Theodore S. Heckel

2