## Exhibit A

**Solicitation Letter**

[THIS LETTER REMAINS SUBJECT TO FINAL APPROVAL AS TO FORM]

---

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
OPEN LETTER TO HOLDERS OF GENERAL UNSECURED CLAIMS
IN CLASS 5 RECOMMENDING <u>ACCEPTANCE</u> OF THE DEBTORS' PLAN**

---

**To:**   **Holders of General Unsecured Claims (Class 5) Against Axip Energy Services, LP, et al.,
Case No. 26-90338 (CML) (Bankr. S.D. Tex.)**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Axip Energy Services, LP and its debtor affiliates (collectively, the "<u>Debtors</u>") is the statutory representative of all general unsecured creditors of the Debtors.  We are writing to you regarding the *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (Docket No. 338) (the "<u>Combined Disclosure Statement and Plan</u>" or, separately in relevant part, the "<u>Disclosure Statement</u>" or the "<u>Plan</u>")[1] enclosed with this letter.  As discussed below, the Committee recommends that each holder of a General Unsecured Claim (Class 5) vote to **ACCEPT** the Plan.

The Plan is the result of extensive arm's-length negotiations among the various stakeholders in these Chapter 11 Cases, including the Committee, the Debtors, the DIP Agent, the Prepetition Superpriority Agent, and the Prepetition ABL Agent (the "<u>Global Settlement Parties</u>").  The Committee believes that the Plan will provide meaningful value to holders of General Unsecured Claims (Class 5).

Notably, the Plan embodies a Global Settlement reached among the Global Settlement Parties, whereby **each Holder of an Allowed General Unsecured Claim** (not assumed by the Purchaser pursuant to the 363 Asset Sale) **will receive an estimated aggregate recovery of approximately forty percent (40%)** based upon the Debtors' projections, as set forth more fully in the Combined Disclosure Statement and Plan.  The Plan also provides that **no Deficiency Claims will share in the GUC Recovery**, to the extent not waived.  Further, the Plan provides for a **waiver of all preference claims and avoidance actions** against non-insiders of the Debtors.  For the reasons stated above, among others, the **Committee supports the Plan, believes that the Plan maximizes value for all general unsecured creditors, and encourages all Holders of General Unsecured Claims (Class 5) to vote to <u>ACCEPT</u> the Plan.**

---

**Accordingly, the Committee recommends that you vote to <u>ACCEPT</u> the Plan.**

---

Before voting, all creditors should carefully read and review the Combined Disclosure Statement and Plan in its entirety.  The deadline to vote to accept or reject the Plan is _____, at __:__ a/p.m. **(prevailing Central Time)** (the "<u>Voting Deadline</u>").  Please timely complete and submit your ballot in accordance with the instructions contained in the Solicitation Package so that your ballot is actually received by no later than the Voting Deadline. Please contact the undersigned with any questions regarding this matter.

*Counsel to the Official Committee of Unsecured Creditors*

Michael D. Warner (Texas Bar No. 00792304)
Theodore S. Heckel (Texas Bar No. 24133488)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana, Suite 4500
Houston, Texas 77002
Telephone:   (713) 691-9385
Facsimile:    (713) 691-9407
Email:          mwarner@pszjlaw.com
                    theckel@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Email:          rfeinstein@pszjlaw.com
                    bsandler@pszjlaw.com

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

1